## George Christian, Appellee, v. Peter Smirinotis, Appellant.

Gen. No. 41,011.

Heard in

246

second division, first district, this court at December term, 1939; opinion filed July 1, 1941. Walter B. Prendergast, for appellant; James F. Lyons, for appellee; Elwyn E. Long, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."

